# CASE NO. 05-18-00245-CV

5th Court of Appeals
FILED: 06/05/2018
16:18:43
Lisa Matz, Clerk

Cause No. **05-18-00245-CV**

| IN THE MATTER OF THE MARRIAGE OF | § | IN THE **5th** |
|---|---|---|
| **Donell Smith**, | § | *(Court Number)* |
| Petitioner, | § | ✓ District Court |
| | § | County Court at Law |
| v. | § | |
| **Emily Barry Barnes Smith** | § | OF DALLAS COUNTY **RECEIVED** |
| Respondent. | § | **COURT OF APPEALS** |
| | § | |

**RECEIVED
COURT OF APPEALS
JUN 0 5 2018
LISA MATZ
CLERK, 5th DISTRICT**

## _MOTION_ TO EXTEND _TIME_ FOR _FILING_ APPELLANT'S _BRIEF_

TO THE HONORABLE COURT OF APPEALS:

_____ [Name], Appellant, moves this court to grant an **extension** of **time to file** Appellant's **Brief**, and respectfully states:

1. **Donell Smith** [Name's] Appellant's **Brief** _____ [is or was] due to be **filed** with this court on ___**5-19-18**___ [date].

2. **Donell Smith** [Name] seeks a **30 days** _____ [length of **time**, e.g. 30 day] **extension** of **time to file** Appellant's **Brief**, which would make Appellant's **Brief** due on or before ___**7-18-18**___ [new due date].

3. _____ [Set out facts appellant is relying on to reasonably explain the need for an **extension**, e.g., This **extension** of **time** is necessary because lead counsel for _____ (name of appellant) will be in trial on another case at the **time** this **brief** is due, and there are no settlement discussions going on in that case at this **time**. Thus, counsel will be in trial at the **time** the **brief** is due, and **time** constraints will make it difficult to adequately prepare the **brief** in this appeal. Moreover, the record in this case is very large as the appeal arises from a week-long jury trial, and the issues are complex. Therefore, additional **time** is needed to adequately prepare the arguments in this case].

4. [Include either the following statement if applicable: Counsel for _____ (name of appellant) has conferred with counsel for _____ (name of appellee), and _____ (name of appellee) does not oppose this **motion** to extend **time**].

5. This is the ___**1st**___ [number of **extension**, e.g., first] _____ **extension** of **time** [name of appellant] has sought for the **filing** of the Appellant's **Brief**.

For these reasons, _____ [name of appellant] requests that this court render an order extending the **time** for **filing** Appellant's **Brief** to and including ___**7-18-18**___ [date]. _____ [Name] also requests any other relief to which **Donell Smith** [he or she or it] may be entitled.

Respectfully submitted,

_____, [firm name, if any]

By: _Donell Smith_ [signature]

_Donell Smith_ [typed name]

_____ [address]

214-749-8786 [telephone number]

_____ [fax number, if any]

donell smith 437@ [e-mail address]

yahoo.com [state bar number]

Attorney for Appellee/Pro se

## CERTIFICATE OF CONFERENCE

This certifies that the undersigned, counsel for _____ [name], Appellee,

_____

[state action and outcome, e.g., conferred with Counsel for the Appellant regarding the merits of this *motion*, and the Appellant opposes *or* agrees to this *motion*].

_____ [signature]

_____ [name]

## CERTIFICATE OF SERVICE

This certifies that the undersigned served this *motion* on _____ [name], the Appellant, by sending it to lead counsel for the Appellant, _____ [name of lead counsel], at _____ [address of lead counsel] by _____ [state method of service, e.g. electronic service by transmission to an electronic *filing* service provider for service through the state's electronic *filing* manager *or* personal delivery *or* mail by depositing it in the mail prepaid and properly addressed *or* commercial delivery service by depositing it with the commercial delivery service prepaid and properly addressed *or* fax sent before 5:00 p.m. of the recipient's local *time* *or* e-mail] on _____ [date].

_____ [signature]

_____ [name]

Attorney for Appellee/Pro se

Dorsaneo, Texas Litigation Guide
Copyright 2018, Matthew Bender & Company, Inc., a member of the LexisNexis Group.
*LexisNexis(R) Forms FORM 719-150.103* Litigation ; Motion for an Extension of Time  Texas

### 150.103 *Motion* to Extend *Time*

[*Caption. See § 150.100[2]*]

End of Document

CASE NO. 05-18-00245-CV

RECEIVED
COURT OF APPEALS

JUN 0 5 2018

LISA MATZ
CLERK, 5th DISTRICT

5th Court of Appeals
FILED: 06/05/2018
16:15:49
Lisa Matz, Clerk

Cause No. 05-18-00245-CV

Donell Smith ✓ Emily Berry Barnes Smith

I Donell Smith in the above Case humbly asked the 5th Court of Appeals for at least a 30 days extension to for filing Appellant's Brief.

Reason: for extension legal aide was going to assist me. But at the last minute cancelled

X Donell Smith, Date 6-1-18.

CASE NO. 05-18-00245-CV

Donell Smith
10040 Hamlin Dr.
Dallas Tx 75217

N TEXAS
DALLAS 750
01 JUN '18
PM 11 L



FOREVER
USA

JUN 1 2018
Barn Swallow

RECEIVED
COURT OF APPEALS

JUN 0 5 2018

LISA MATZ
CLERK, 5th DISTRICT

5th Court of Appeal
600 Commerce Suite 200
Dallas Tx 75202

7520234653 C004